McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUAN JOSE RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 1:20-cv-00428-EPG<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF THIRTY DAYS FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

The parties stipulate by counsel that Defendant shall have an extension of thirty days, until March 24, 2021, to file his opposition to Plaintiff's opening brief. Good cause exists for this extension, as explained below.

The undersigned counsel for Defendant has been unable to prepare an opposition to Plaintiff's brief, because he had to prepare for and present oral argument in two cases to the United States Court of Appeals for the Ninth Circuit this week, and draft and file answering briefs in two other cases. Counsel for Defendant is responsible also for reviewing briefs for two new attorneys in his office, one of whom will take this case for briefing. Additional time will be necessary to allow the new attorney assigned this case to review the record and draft a brief, and

1  for counsel of record for Defendant to review and file that brief.

2       For all these reasons, Defendant requests an extension of thirty days to file his opposition

3  to Plaintiff's opening brief.  Plaintiff's counsel has no objection to this request.

4       Respectfully submitted February 12, 2021.

DATED: February 12, 2021                   */s/ Jonathan Pena*
                                       JONATHAN PENA
                                       (as authorized by email)
                                       Attorney for Plaintiff

                                       McGREGOR W. SCOTT
                                       United States Attorney

DATED: February 12, 201         By   *s/ Daniel P. Talbert*
                                       DANIEL P. TALBERT
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |

Pursuant to the stipulation of the parties (ECF No. 16), IT IS ORDERED that Defendant shall file a response to Plaintiff's opening brief no later than March 24, 2021. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:  **February 16, 2021**          /s/ Erica P. Grosjean
                                                                                   UNITED STATES MAGISTRATE JUDGE

3